Fill in this information to identify the case:

Debtor name     Nussbaum Lowinger LLP

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK

Case number (if known)     26-22383

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     04/16/2026          X _____
                                        Signature of individual signing on behalf of debtor

                                        **Ephraim Diamond**
                                        Printed name

                                        **Chief Restructuring Officer**
                                        Position or relationship to debtor

| | |
|---|---|
| Debtor name | **Nussbaum Lowinger LLP** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | **26-22383** |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **529 Maple LLC 410 Troy Avenue Brooklyn, NY 11213** | | | **Contingent Unliquidated Disputed** | | | **$10,000,000.00** |
| **703 Funding B LLC c/o David Stein, Esq. 531 Edward Avenue Woodmere, NY 11598** | | | **Contingent Unliquidated Disputed** | | | **$2,500,000.00** |
| **Blueberry Funding LLC 695 Cross Street, Suite 281 Lakewood, NJ 08701** | | | **Contingent Unliquidated Disputed** | | | **$58,772,945.00** |
| **Crestview 360 Holdings LLC c/o Andrew L. Buck, Esq. 599 Lexington Avenue New York, NY 10022** | | | **Contingent Unliquidated Disputed** | | | **$15,000,000.00** |
| **EADMK LLC 1420 W. 21st Street Miami Beach, FL 33140** | | | **Contingent Unliquidated Disputed** | | | **$27,500,000.00** |
| **Elizabeth Capital Success LLC 5 Grand Central East New York, NY 10017** | | | **Contingent Unliquidated Disputed** | | | **$156,380,000.00** |
| **Harvey Feldheim (aka Tzvi) 7 Malka Way Lakewood, NJ 08701** | | | **Contingent Unliquidated Disputed** | | | **$2,742,103.38** |
| **Howard Hershkowitz 102 Woodmere Blvd. Woodmere, NY 11598-2128** | | | **Contingent Unliquidated Disputed** | | | **$20,500,000.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Isidore Bleier 40 Turin Avenue Lakewood, NJ 08701-5468** | | | **Contingent Unliquidated Disputed** | | | **$7,500,000.00** |
| **Jacks Eggs LLC 1046 22th Street Brooklyn, NY 11219** | | | **Contingent Unliquidated Disputed** | | | **$2,000,000.00** |
| **Joseph Brach 30 Israel Zupnick Drive Unit 302 Monroe, NY 10950** | | | **Contingent Unliquidated Disputed** | | | **$2,500,000.00** |
| **Josh Greisman 250 95th Street #7121 Surfside, FL 33154** | | | **Contingent Unliquidated Disputed** | | | **$1,700,000.00** |
| **Morris E Barenbaum, Esq. P.C. 201 Wildacre Avenue Lawrence, NY 11559** | | | **Contingent Unliquidated Disputed** | | | **$2,000,000.00** |
| **Murray Huberfeld 15 Manor Lane Lawrence, NY 11559-1503** | | | **Contingent Unliquidated Disputed** | | | **$10,000,000.00** |
| **Solomon Eisenberg 2917 Avenue I Brooklyn, NY 11210** | | | **Contingent Unliquidated Disputed** | | | **$3,622,236.29** |
| **Stone Capital Equities LLC 1772 58th Street Brooklyn, NY 11204** | | | **Contingent Unliquidated Disputed** | | | **$5,000,000.00** |
| **Strategic Funding 15 Manor Lane Lawrence, NY 11559-1503** | | | **Contingent Unliquidated Disputed** | | | **$7,000,000.00** |
| **Stub World Inc. 26 Firemans Memorial Drive Pomona, NY 10970** | | | **Contingent Unliquidated Disputed** | | | **$8,526,500.00** |
| **Tzvi Pluchenik 12 East 46th Street, Floor 4 New York, NY 10017** | | | **Contingent Unliquidated Disputed** | | | **$3,500,000.00** |
| **Victor Einhorn c/o Boris Saks, Esq. 1732 East 12th Street Brooklyn, NY 11229** | | | **Contingent Unliquidated Disputed** | | | **$7,000,000.00** |