## United States Bankruptcy Court
### Southern District of New York

In re   **Nussbaum Lowinger LLP**

Debtor(s)

Case No.   **26-22383**

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **04/16/2026**

**Ephraim Diamond / Chief Restructuring Officer**
Signer/Title

450 GRAND AVENUE OWNER LLC
884 EASTERN PARKWAY
BROOKLYN, NY 11213


529 MAPLE LLC
410 TROY AVENUE
BROOKLYN, NY 11213


703 FUNDING B LLC
C/O DAVID STEIN, ESQ.
531 EDWARD AVENUE
WOODMERE, NY 11598


703 FUNDING B LLC
C/O MITCHELL C. SHAPIRO, ESQ.
THREE GRACE AVENUE, SUITE 100
GREAT NECK, NY 11021


AARON GOODMAN
14 CANTERBURY WAY
MORRISTOWN, NJ 07960


ABCMN LLC
3 BRIARWOOD LANE
SUFFERN, NY 10901


ABCMN LLC
C/O ANDERSON KILL P.C.
7 TIMES SQUARE, 15TH FLOOR
NEW YORK, NY 10036


AKIVA DE GROEN
C/O CHRISTIAN N. MARTINEZ, ESQ
P.O. BOX 3
CHESTER, NY 10918


ALEXANDER GRUNHUT
5214 17TH AVENUE
BROOKLYN, NY 11204


AMIN SANGEETA
20 NEWPORT DRIVE
PRINCETON JUNCTION, NJ 08550

AMROM AND BRACHA KONIG
6 APPLE HILL DRIVE
HIGHLAND MILLS, NY 10930

ANSHEI LUBAVITCH CH, INC.
578 ALBANY AVENUE
BROOKLYN, NY 11203

AVRAHAM GARBO
1 NORTHSIDE PIRS, 25D
BROOKLYN, NY 11249

AVROHOM RICHLER
37 PARK DRIVE
MULLICA HILL, NJ 08062

AVROM BIEDERMAN
5709 20TH AVENUE, APT 1
BROOKLYN, NY 11204

BARUCH TAUB
2871 HEATH AVENUE
BRONX, NY 10463

BARUCH TEITELBAUM
183 WILSON STREET, SUITE 358
BROOKLYN, NY 11211

BENZION MILECKI
575 EAST NEW YORK AVENUE
UNIT 3D
BROOKLYN, NY 11225

BINA FEDER
1609 AVENUE H
BROOKLYN, NY 11230

BLUEBERRY FUNDING LLC
695 CROSS STREET, SUITE 281
LAKEWOOD, NJ 08701

BLUEBERRY FUNDING LLC
1 N. JOHNSTON AVENUE
SUITE D-304
HAMILTON, NJ 08610


BORUCH OKOUNEV
656 CROWN STREET
BROOKLYN, NY 11213


CF ENCORE PURCHASER LLC
C/O THOMPSON COBURN LLP
488 MADISON AVENUE
NEW YORK, NY 10022


CHAIM EINHORN
3 LAURA LANE
POMONA, NY 10970


CHAIM HAMMELBURGER
1 DOOLIN ROAD
NEW CITY, NY 10956


CHAIM SCHOCHET
10750 NW 6TH STREET
MIAMI, FL 33168


CHANY NEUSTADT
1046 22TH STREET
BROOKLYN, NY 11219


CHARLES BERGER
8 JADE CR.
POMONA, NY 10970


CRESTVIEW 360 HOLDINGS LLC
C/O ANDREW L. BUCK, ESQ.
599 LEXINGTON AVENUE
NEW YORK, NY 10022


DANIEL KUGEL
6923 CORTO CIR.
BOCA RATON, FL 33433

DAVID EIDLISZ
133 KEAP STREET, 2R
BROOKLYN, NY 11211

EADMK LLC
1420 W. 21ST STREET
MIAMI BEACH, FL 33140

EAJ INVESTMENTS
3 YUMA CT
OAKLAND, NJ 07436

ELI NEUBERG
343 HOWARD AVENUE
WOODMERE, NY 11598

ELIEZER STEINMETZ
103 OVERLOOK ROAD
POMONA, NY 10970

ELIZABETH AVENUE PARKING 123
1274 CARROLL STREET
BROOKLYN, NY 11213

ELIZABETH CAPITAL SUCCESS LLC
5 GRAND CENTRAL EAST
NEW YORK, NY 10017

ELIZABETH CAPITAL SUCCESS LLC
C/O CHRISTOPHER SULLIVAN, ESQ.
655 THIRD AVENUE
NEW YORK, NY 10017

ETTA OSTREICHER
1A BUSH LANE
SPRING VALLEY, NY 10977

GABAY GIDEON MENAHEM GRATSIANI
12396 HIGHWAY 18
POSTVILLE, IA 52162

GAHC3 MOUNT DORA FL MOB II LLC
C/O DREIFUSS BONACCI & PARKER
26 COLUMBIA TURNPIKE, STE. 101
FLORHAM PARK, NJ 07932


GAHC3 MOUNT DORA FL MOB II LLC
C/O DREIFUSS BONACCI & PARKER
FIVE PENN PLAZA, 23RD FLOOR
NEW YORK, NY 10001


HAGAI BARLEV
16 W. 16TH STREET, 5PS
NEW YORK, NY 10011


HARVEY FELDHEIM (AKA TZVI)
7 MALKA WAY
LAKEWOOD, NJ 08701


HOWARD EIFERMAN
125 COURT STREET, SUITE 10SE
BROOKLYN, NY 11201


HOWARD EIFERMAN
P.O. BOX 300005
BROOKLYN, NY 11230


HOWARD HERSHKOWITZ
102 WOODMERE BLVD.
WOODMERE, NY 11598-2128


ISAAC SEBBAG
207 HIGH STREET
PASSAIC, NJ 07055


ISIDORE BLEIER
40 TURIN AVENUE
LAKEWOOD, NJ 08701-5468


JACKS EGGS LLC
1046 22TH STREET
BROOKLYN, NY 11219

JACOB & EVE FURMAN
71 EAGLE RIDGE CIR
LAKEWOOD, NJ 08701


JACOB HOROWITZ
C/O MT. SINAI JEWISH CENTER
1350-47TH STREET
BROOKLYN, NY 11219


JOEL TEITELBAUM
55 SPENCER STREET
BROOKLYN, NY 11205


JONATHAN ZARKA
18 VALLEY LANE W.
VALLEY STREAM, NY 11581


JOSEPH BRACH
30 ISRAEL ZUPNICK DRIVE
UNIT 302
MONROE, NY 10950


JOSEPH DOPPELT
23 HEYWARD STREET, 1B
BROOKLYN, NY 11249


JOSEPH MENDLOWITS
29 S. 10TH STREET, APT. 1A
BROOKLYN, NY 11249


JOSEPH OSHRY
4118 14TH AVENUE, 169
BROOKLYN, NY 11219


JOSEPH OSHRY
491 STATE ROUTE 208
NUMBER 211
MONROE, NY 10950


JOSH FEDER
1609 AVENUE H
BROOKLYN, NY 11230

JOSH GREISMAN
250 95TH STREET #7121
SURFSIDE, FL 33154


JOSH LOWINGER
C/O NYACK RIDGE REHABILITATION
476 CHRISTIAN HERALD ROAD
VALLEY COTTAGE, NY 10989


KATHRYN LILLY
1255 CARROLL STREET
BROOKLYN, NY 11213


LAZER PREIZLER
1221 MCDONALD AVENUE
BROOKLYN, NY 11230


LEIBEL CHAITOVKSY
25 LYNCREST DRIVE
MONSEY, NY 10952


LEVI GOLDSTEIN
474 CROWN STREET
BROOKLYN, NY 11225


LEVI NEEDLEMAN
C/O CHESTER P. LUSTGARTEN
237 36TH STREET
BROOKLYN, NY 11232


LISA DAVID
4 WALTER DRIVE
JACKSON, NJ 08527


MAIER ARM
7 POMONA ROAD
POMONA, NY 10970


MARK SAFRIN
311 BOULEVARD OF THE AMERICAS
SUITE 207
LAKEWOOD, NJ 08701

MENACHEM RASKIN
287 HICKS STREET
BROOKLYN, NY 11201


MENACHEM SILBER
4 STONEHURST CT.
POMONA, NY 10970


MICHAEL HARREL
165 E. 91ST
BROOKLYN, NY 11212


MIRIAM BRODY
1510 51ST STREET
BROOKLYN, NY 11219


MIRIAM NUSSBAUM
39 WESTMINSTER WAY
POMONA, NY 10970


MODENA DEVELOPERS LLC
C/O LEVINE & LEVINE PLLC
2 JEFFERSON PLAZA, SUITE 100
POUGHKEEPSIE, NY 12601


MODENA DEVELOPERS LLC
51 FOREST ROAD, SUITE 316-72
MONROE, NY 10950


MORRIS E BARENBAUM, ESQ. P.C.
201 WILDACRE AVENUE
LAWRENCE, NY 11559


MOSHE FLORANS
45 POWDER HORN DRIVE
SUFFERN, NY 10901


MOSHE SCHICK
4403 15TH AVENUE, NUMBER 539
BROOKLYN, NY 11219

MURRAY HUBERFELD
15 MANOR LANE
LAWRENCE, NY 11559-1503


MURRAY HUBERFELD
535 W END AVENUE, #10A
NEW YORK, NY 10024-3206


NECHEMIA FOGEL
1496 UNION STREET
BROOKLYN, NY 11213


OAK FUNDING
101 HUDSON STREET, 17TH FLOOR
JERSEY CITY, NJ 07302


OLIVIA CHECA
84118 AUSTIN STREET, #8411
KEW GARDENS, NY 11415-2243


PERISH BRUNNER
93 CARLTON ROAD W.
SUFFERN, NY 10901


PETER FERSCHMANN
3 FOX HOLLOW COURT
WAYNE, NJ 07470


PINCHAS BRAVER
23 SAGAMORE AVENUE
SUFFERN, NY 10901


RACHEL ZIMMERMAN
521 5TH AVENUE, 24TH FLOOR
NEW YORK, NY 10175


RAFAEL DANON
15 BEEKMAN PL.
FAIR LAWN, NJ 07410


REALYA
36 DAM HAMACCABIM AVENUE
MODIIN, ISRAEL 7178602

RIVKAH RIMLER
216 LEGION STREET
BROOKLYN, NY 11225


RONALD LOWINGER
105 MADISON AVENUE
NEW YORK, NY 10016


SAMUEL FRANKEL
3327 PALISADES AVENUE
UNION CITY, NJ 07087


SAMUEL LOWINGER
496 ARBUCKLE AVENUE
CEDARHURST, NY 11516


SCHNUER ZALMAN FREIDMAN
575 EAST NEW YORK AVENUE
UNIT 5B
BROOKLYN, NY 11225


SHAYA GORDON
330 ALBANY AVENUE
BROOKLYN, NY 11213


SHAYE WEINER
1134 53RD STREET
BROOKLYN, NY 11219


SHIMON BRAUN
C/O MITCHELL C. SHAPIRO, ESQ.
THREE GRACE AVENUE, SUITE 100
GREAT NECK, NY 11021


SHLOMO RASKIN
519 CROWN STREET
BROOKLYN, NY 11213


SOLOMON EISENBERG
2917 AVENUE I
BROOKLYN, NY 11210

SRULY (YISROEL) DEITSCH
94 ROSSMORE AVENUE
BRONXVILLE, NY 10708


STONE CAPITAL EQUITIES LLC
1772 58TH STREET
BROOKLYN, NY 11204


STRATEGIC FUNDING
15 MANOR LANE
LAWRENCE, NY 11559-1503


STUB WORLD INC.
26 FIREMANS MEMORIAL DRIVE
POMONA, NY 10970


TZEMACH WOOLSTONE
559 BROOKLYN AVENUE, #1
BROOKLYN, NY 11225


TZVI PLUCHENIK
12 EAST 46TH STREET, FLOOR 4
NEW YORK, NY 10017


VICTOR EINHORN
C/O BORIS SAKS, ESQ.
1732 EAST 12TH STREET
BROOKLYN, NY 11229


YAKOV ROTHENBERG
1368 E. 31ST STREET
BROOKLYN, NY 11210


YAKOV S. KLEIN
240 CHESTNUT STREET
LIBERTY, NY 12754


YANIV GARBO
330 W. 56TH STREET, 18G
NEW YORK, NY 10019

YARON MADMON
1567 E. 10ST STREET
BROOKLYN, NY 11230


YEHUDA LASRY
C/O MEYER Y. SILBER, ESQ.
2316 NOSTRAND AVE., 5TH FLOOR
BROOKLYN, NY 11210


YEHUDA LASRY
C/O BURBACKI LAW GROUP, P.C.
1412 BROADWAY, 21ST FLOOR
NEW YORK, NY 10018


YISROEL FISCHWEICHER
100 BELLEVUE ROAD
HIGHLAND, NY 12528


YISROEL RIMLER
201 2ND STREET
PERTH AMBOY, NJ 08861


YITZCHOK WEISS
2 NORTH 6 PLAZA, 26H
BROOKLYN, NY 11249


YOSEF BEER
5 OVERBROOK DRIVE
MONSEY, NY 10952


YOSSI MLYNSKY
493 OXFORD ROAD
CEDARHURST, NY 11516


ZALMAN LEIB BRODY
34 ACKERMAN AVENUE
AIRMONT, NY 10901


ZALMAN SHANOWITZ
1411 CARROLL STREET
BROOKLYN, NY 11213

ZALMAN SKOBLO
377 CROWN STREET
BROOKLYN, NY 11225