# EXHIBIT 13

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

In the Matter of the General Assignment for the
Benefit of Creditors of:

NUSSBAUM LOWINGER LLP and MARK J.
NUSSBAUM AND ASSOCIATES, PLLC

                Petitioner,

     -to-

ABCMN LLC.

Index No. 157933/2025

**AFFIRMATION**

**MARK J. NUSSBAUM**, hereby affirms the following to be true under penalty of perjury pursuant to the laws of the State of New York, which may include a fine or imprisonment, and I understand that this document may be filed in an action or proceeding in a court of law:

1.     I am the principal of Mark J. Nussbaum & Associates, PLLC ("MJNAP") and Nussbaum Lowinger LLP ("NLLLP"), formerly law offices located at 225 Broadway, 36th Floor, New York, New York, 10901 (collectively, "Debtor").

2.     The Assignee hereunder is ABCMN LLC, c/o Sheldon Eisenberger, 7 Times Square, 15th Floor, New York, New York 10030.

3.     Annexed as Exhibit 1 is, to the best of my knowledge, an account of all the Debtor's creditors.

4.     Annexed as Exhibit 2 is, to the best of my knowledge, an inventory of the Debtor's estate at the date of the within assignment.

5.     The same are just and true, and correct and accurate, to the best of my knowledge, subject to the following clarifications: (i) while the real estate associated with Yanky Tauber is an original complete list, I understand that some were sold or otherwise transferred; (ii) the assigned values for the real estate were completed by a third party broker, but I have no actual knowledge

FILED: NEW YORK COUNTY CLERK 12/18/2025 01:18 PM INDEX NO. 157933/2025
NYSCEF DOC. NO. 64 RECEIVED NYSCEF: 12/18/2025

26-22383-shl Doc 24-15 Filed 04/28/26 Entered 04/28/26 19:35:49 Exhibit 13.
Affirmation of Mark J. Nussbaum - NYSCEF Doc. No. 64 Pg 3 of 17

of the values and take no responsibility for any discrepancies to the actual value of such real estate;

and (iii) while the personal assets listed are those material assets as to the best of my recollection,

it is possible that there are some slight deviations; if a particular item is not available, Debtor will

endeavor to replace it with a similar one.

Mark J. Nussbaum & Associates, PLLC
Nussbaum Lowinger LLP
By: Mark J. Nussbaum

2

FILED: NEW YORK COUNTY CLERK 12/18/2025 01:18 PM INDEX NO. 157933/2025

NYSCEF DOC. NO. 64 RECEIVED NYSCEF: 12/18/2025

26-22383-shl   Doc 24-15   Filed 04/28/26   Entered 04/28/26 19:35:49   Exhibit 13
Affirmation of Mark J. Nussbaum - NYSCEF Doc. No. 64   Pg 4 of 17

# Exhibit 1

26-22383-shl   Doc 24-15   Filed 04/28/26   Entered 04/28/26 19:35:49   Exhibit 13
Affirmation of Mark J. Nussbaum - NYSCEF Doc. No. 64   Pg 5 of 17

| Creditor | Principal | Payments Made | Net Balance |
|---|---|---|---|
| Amin Sangeeta | $ 250.00 | | $ 250.00 |
| Anshei Lubavitch | $ 9,750.00 | | $ 9,750.00 |
| Arm Maier | $ 370.62 | | $ 370.62 |
| Balkany, Levi | $ 628,906.00 | | |
| Barenbaum | $ 2,000,000.00 | $ 15,000.00 | $ 1,985,000.00 |
| Barlev, H | $ 20,000.00 | | $ 20,000.00 |
| Beer Yosef | $ 75,000.00 | | $ 75,000.00 |
| Berger Charles | $ 70,594.50 | | $ 70,594.50 |
| Biederman, Avrom | $ 100,000.00 | | $ 100,000.00 |
| Blachman, L (Stub world) | $ 8,526,500.00 | $ 5,247,964.87 | $ 3,278,535.13 |
| Bleier, I | $ 7,500,000.00 | $ 252,500.00 | $ 7,247,500.00 |
| Brach, J | $ 2,500,000.00 | $ 1,447,000.00 | $ 1,053,000.00 |
| Braun, S | $ 2,437,500.00 | $ - | $ 2,437,500.00 |
| Braver P | $ 56.34 | | $ 56.34 |
| Brody L | $ 273.00 | | $ 273.00 |
| Brody, M | $ 200,000.00 | $ 197,000.00 | $ 3,000.00 |
| Brunner B | $ 360.76 | | $ 360.76 |
| Chaitovksy, L | $ 200,000.00 | $ 66,000.00 | $ 134,000.00 |
| Checa, Olivia (AG client) | $ 1,000.00 | | $ 1,000.00 |
| Danon R | $ 28,441.87 | | $ 28,441.87 |
| David L | $ 15,000.00 | | $ 15,000.00 |
| Deitsch, S | $ 750,000.00 | $ 166,222.00 | $ 583,778.00 |
| Dopelit | $ 3,402.13 | | $ 3,402.13 |
| EAJ Investments | $ 15,000.00 | | $ 15,000.00 |
| Eidlisz | $ 21,664.00 | | $ 21,664.00 |
| Eiferman | $ 32,564.59 | | $ 32,564.59 |
| Einhorn Chaim | $ 150.00 | | $ 150.00 |
| Einhorn, Victor | $ 7,000,000.00 | $ 455,000.00 | $ 6,545,000.00 |
| Eisenberg, S | $ 3,622,236.29 | $ 510,000.00 | $ 3,112,236.29 |
| Feder, B | $ 100,000.00 | $ 33,000.00 | $ 67,000.00 |
| Feder, J | $ 350,000.00 | $ 115,500.00 | $ 234,500.00 |
| Feldheim, H | $ 2,742,103.38 | $ - | $ 2,742,103.38 |
| Ferschmann, Peter | $ 5,000.00 | | $ 5,000.00 |
| Fischer, David | $ 10,000,000.00 | $ 10,941,923.52 | $ (941,923.52) |
| Fischweicher | $ 500,000.00 | | $ 500,000.00 |
| Florans M | $ 11,966.60 | | $ 11,966.60 |
| Fogel N | $ 86,423.78 | | $ 86,423.78 |
| Frankel, S (Wantagh PO) | $ 60.18 | | $ 60.18 |
| Freidman Z | $ 5,470.21 | | $ 5,470.21 |
| Furman | $ 200,000.00 | $ 60,180.40 | $ 139,819.60 |
| Garbo A | $ 295,000.00 | | $ 295,000.00 |
| Garbo y | $ 500,012.00 | | $ 500,012.00 |
| Garbo, Y (2738 Kingsbridge) | $ 37,500.00 | | $ 37,500.00 |
| Garbo, Y (35 Covert) | $ 55,000.00 | | $ 55,000.00 |

26-22383-shl   Doc 24-15   Filed 04/28/26   Entered 04/28/26 19:35:49   Exhibit 13
Affirmation of Mark J. Nussbaum - NYSCEF Doc. No. 64    Pg 6 of 17

| | | | |
|---|---|---|---|
| Garbo, Y (3561 Wilet) | $ 35,000.00 | | $ 35,000.00 |
| Garbo, Y (530 St Marks) | $ 15,000.00 | | $ 15,000.00 |
| Garbo, Y (612 Union) | $ 29,000.00 | | $ 29,000.00 |
| Goldstein, levi | $ 700,000.00 | $ 188,800.00 | $ 511,200.00 |
| Goodman Aaron | $ 6,187.60 | | $ 6,187.60 |
| Goodman, A | $ 400,000.00 | $ 60,000.00 | $ 340,000.00 |
| Gordon Shaya | $ 357,681.58 | | $ 357,681.58 |
| Gordon, S | $ 918,400.00 | $ 60,000.00 | $ 858,400.00 |
| Gratsiani, G | $ 1.00 | | $ 1.00 |
| Greisman, J | $ 1,700,000.00 | $ 240,000.00 | $ 1,460,000.00 |
| Grunhut Alexander | $ 121,311.83 | | $ 121,311.83 |
| Hammelburger, Z | $ 377.15 | | $ 377.15 |
| Harrel Michael | $ 75,000.00 | | $ 75,000.00 |
| Hershkowitz, H | $ 16,500,000.00 | $ 9,381,040.96 | $ 7,118,959.04 |
| Hershkowitz, H | $ 4,000,000.00 | $ - | $ 4,000,000.00 |
| Horowitz Jacob | $ 472,101.00 | | $ 472,101.00 |
| Klein Peretz | $ 627.88 | | $ 627.88 |
| Konig (3 Leipnick) | $ 100,000.00 | | $ 100,000.00 |
| Kraus, M | $ 10,000.00 | | $ 10,000.00 |
| Kugel, D (Auspitz) | $ 600,000.00 | $ 195,833.34 | $ 404,166.66 |
| Lily Katherine | $ 45.25 | | $ 45.25 |
| Lowinger (Lido Beach) | $ 65,000.00 | | $ 65,000.00 |
| Lowinger Josh | $ 487.82 | | $ 487.82 |
| Lowinger(LI CONDO) | $ 73,717.20 | | $ 73,717.20 |
| Madmon, Yaron | $ 35,000.00 | | $ 35,000.00 |
| Mendlowitz, J | $ 38,000.00 | | $ 38,000.00 |
| Milecki, Benzion | $ 4,093.10 | | $ 4,093.10 |
| Miller, A | $ 58,772,945.00 | $ 2,116,444.95 | $ 56,656,500.05 |
| Mylynsky, Y | $ 349.99 | | $ 349.99 |
| Neuberg | $ 42,000.00 | | $ 42,000.00 |
| Neustadt, C | $ 1,100,000.00 | $ 369,700.00 | $ 730,300.00 |
| Neustadt, M | $ 2,000,000.00 | $ 791,100.78 | $ 1,208,899.22 |
| Neustadt, M | | | $ - |
| Nigri, M | $ 1.00 | | $ 1.00 |
| Nussbaum, Miriam | $ 1,450,000.00 | $ 381,249.89 | $ 1,068,750.11 |
| Oak Funding | $ 900.00 | | $ 900.00 |
| Okounev, Boruch | 249,107.15 | | $ 249,107.15 |
| Okunev, Boruch 1661 Carol | $ 10.00 | | $ 10.00 |
| Oshry, Joseph | $ 129,999.91 | | $ 129,999.91 |
| Ostreicher, Etta | $ 40,855.86 | | $ 40,855.86 |
| Pluchenik, T | $ 3,500,000.00 | $ 647,500.00 | $ 2,852,500.00 |
| Preizler, Lazer | $ 505,540.00 | | $ 505,540.00 |
| Raskin | $ 168.75 | | $ 168.75 |
| Raskin, Yossi | $ 22,395.60 | | $ 22,395.60 |
| Realya | $ 23,947.00 | | $ 23,947.00 |

26-22383-shl   Doc 24-15   Filed 04/28/26   Entered 04/28/26 19:35:49   Exhibit 13
Affirmation of Mark J. Nussbaum - NYSCEF Doc. No. 64   Pg 7 of 17

| | | | | | |
|---|---|---|---|---|---|
| Realya IX | $ | 31,040.68 | | $ | 31,040.68 |
| Realya X | $ | 0.06 | | $ | 0.06 |
| Realya XI | $ | 3,025.00 | | $ | 3,025.00 |
| Realya, V (Detroit) | $ | 0.67 | | $ | 0.67 |
| Realya, VII | $ | 353.33 | | $ | 353.33 |
| Richler, Avi | $ | 5,000.00 | | $ | 5,000.00 |
| Rimler, MM | $ | 28,000.00 | | $ | 28,000.00 |
| Rimler, R | $ | 3,299.90 | | $ | 3,299.90 |
| Roitblatt | $ | 10,000.00 | | $ | 10,000.00 |
| Rothenberg (NCG Jay) | $ | 537.21 | | $ | 537.21 |
| Rothenberg, Yakov | $ | 9,179.73 | | $ | 9,179.73 |
| Safrin, M | $ | 86.00 | | $ | 86.00 |
| Schick, M | $ | 2,049.46 | | $ | 2,049.46 |
| Schochet, C | $ | 700.00 | | $ | 700.00 |
| Schochet, Z | $ | 20,000,000.00 | $ 10,326,500.00 | $ | 9,673,500.00 |
| Schochet, Z | $ | 7,500,000.00 | $ - | $ | 7,500,000.00 |
| Sebbag, Y | $ | 102,000.00 | | $ | 102,000.00 |
| Shanowitz, Zalman | $ | 25,309.69 | | $ | 25,309.69 |
| Silber (Lurtig) | $ | 47,610.63 | | $ | 47,610.63 |
| Skoblo, Zalman | $ | 51,869.96 | | $ | 51,869.96 |
| Sod, J | $ | 15,000,000.00 | $ 750,000.00 | $ | 14,250,000.00 |
| Spectrum | $ | 1,500.00 | | $ | 1,500.00 |
| Steinmetz (17 Murray) | $ | 24,657.07 | | $ | 24,657.07 |
| Steinmetz E (Personal) | $ | 47,775.50 | | $ | 47,775.50 |
| Steinmetz, Eli | $ | 22,769.97 | | $ | 22,769.97 |
| Stern (Elizabeth Props) | $ | 40,000.00 | | $ | 40,000.00 |
| Stern (281 Jefferson) | $ | 50,000.00 | | $ | 50,000.00 |
| Taub | $ | 812.07 | | $ | 812.07 |
| Teitelbaum | $ | 30,000.00 | | $ | 30,000.00 |
| Teitelbaum Joel | $ | 307,443.32 | | $ | 307,443.32 |
| Verizon | $ | 1,500.00 | | $ | 1,500.00 |
| Weber | $ | 15,927.22 | | $ | 15,927.22 |
| Weiner, I | $ | 330,000.00 | $ 126,225.00 | $ | 203,775.00 |
| Weiss, I | $ | 8,000.00 | | $ | 8,000.00 |
| Wettenstein | $ | 5,000,000.00 | $ - | $ | 5,000,000.00 |
| Woolstone, T | $ | 523.59 | | $ | 523.59 |
| World Trade Copier | $ | 20,000.00 | | $ | 20,000.00 |
| Zafir, S | $ | 156,380,000.00 | $ 7,550,000.00 | $ | 148,830,000.00 |
| Zarka, J | $ | 63,750.00 | | $ | 63,750.00 |
| Zimmerman | $ | 25,000.00 | | $ | 25,000.00 |
| Signature Capital | $ | 8,500.00 | | $ | 8,500.00 |
| Putter, Asher | $ | 20,000.00 | | $ | 20,000.00 |
| Williams, G | $ | 2,500.00 | | $ | 2,500.00 |

# Exhibit 2

FILED: NEW YORK COUNTY CLERK 12/18/2025 01:18 PM
INDEX NO. 157933/2025
NYSCEF DOC. NO. 64
RECEIVED NYSCEF: 12/18/2025

26-22383-shl   Doc 24-15   Filed 04/28/26   Entered 04/28/26 19:35:49   Exhibit 13
Affirmation of Mark J. Nussbaum - NYSCEF Doc. No. 64   Pg 9 of 17

| Debtor: | Amount Owed or Value | Notes |
|---|---|---|
| Baccini, D | 34065 | |
| Baccini | 5500 | |
| Buckler, Jan | 20000 | |
| Knophler, D (Ambient) | 142000 | |
| Balkany, L | 4165000 | |
| Meisner, M | 7700000 | |
| Prager, S | 1100000 | |
| Chopp, T | 3053000 | |
| Cohen, Z | 5191271.17 | |
| Cohen, Z | 511000 | |
| Greenwald, YS | 75000 | |
| Gombo, T | 280000 | |
| Spitzer, M | 3000000 | |
| Weinstock, B | 1250000 | |
| drillman | 4700000 | |
| feller | 2000000 | |
| Silber, Mike | 2250000 | |
| Steiner, M | 306152945 | |
| Tessler, M | 21750 | |
| Greenstein, Y | 464000 | |
| Bialostsky, J | 1250000 | |
| Weider, P | 2130565.03 | |
| Weider, P | 300000 | |
| Butel, Avinoam | 500000 | |
| Puretz, E | 4150301 | |
| Berkowitz, J | 50000 | |
| Tauber, Y | 1505000 | |

FILED: NEW YORK COUNTY CLERK 12/18/2025 01:18 PM

NYSCEF DOC. NO. 64

INDEX NO. 157933/2025

RECEIVED NYSCEF: 12/18/2025

26-22383-shl   Doc 24-15   Filed 04/28/26   Entered 04/28/26 19:35:49   Exhibit 13

Affirmation of Mark J. Nussbaum - NYSCEF Doc. No. 64   Pg 10 of 17

| | | |
|---|---|---|
| Weinfeld, Y | 500000 | |
| Kauftheil | 55000 | |
| Judah Tyrnauer | 36189 | |
| Einhorn, Jonathan | 390486 | |
| Isaac Karmel | 1000000 | |
| Isaac Posner | 2809425.27 | |
| 1596 Pacific Street Brooklyn, NY | 375000 | |
| 1474 Pacific Sreet  Brooklyn, NY | 725000 | |
| 383 Herkimer Brooklyn, NY | 187500 | |
| 347 Hancock Brooklyn, NY | 337500 | |
| 1049 Bergen St. Brooklyn, NY | 1125000 | |
| 401 Macon St. Brooklyn, NY | 1625000 | |
| 146 State St, 150 State St. & 36 Eagle St. Albany, NY | 998200 | |
| 133 Wilkinson Ave, Jersey City, NJ | 900000 | |
| 1985 Marcus Ave., Lake Success, NY | 33110000 | |
| 5600 54th Ave, 5023, 5313 Riverdale Rd. Riverdale, MD 20737 | 384450 | |
| 7929 Sycamore Ave, Kansas City, MO 64138 | 313470 | |
| 823 Atlantic St. Bridgeport CT | 200000 | |
| 429 Getty Ave, Clifton, NJ | 1100000 | |
| 1003 W 58th, Chicago, IL | 243000 | |
| 5451 S Laflin, Chicago, IL | 324000 | |
| 7357 South Dorchester, Chicago, IL 60619 | 420000 | |
| 8101 South Marshfield Avenue, Chicago, IL 60619 | 450000 | |
| 1135 W Garfield Blvd, Chicago, IL 60621 | 230000 | |
| 7411 South Eggleston Avenue, Chicago, IL 60621 | 260000 | |
| 7830 South East End Avenue, Chicago, IL 60649 | 250000 | |

FILED: NEW YORK COUNTY CLERK 12/18/2025 01:18 PM
NYSCEF DOC. NO. 64

INDEX NO. 157933/2025
RECEIVED NYSCEF: 12/18/2025

26-22383-shl   Doc 24-15   Filed 04/28/26   Entered 04/28/26 19:35:49   Exhibit 13
Affirmation of Mark J. Nussbaum - NYSCEF Doc. No. 64   Pg 11 of 17

| | | |
|---|---|---|
| 5757 South Morgan Street, Chicago, IL 60621 | 290000 | |
| 6956 S Wabash Ave., Chicago, IL | 380000 | |
| 7300 S Wabash Ave., Chicago, IL | 364000 | |
| 7548 South Blackstone, Chicago, IL | 400000 | |
| 7551 S Green Street, Chicago, IL | 165000 | |
| 8 Nancy Ln Spring Valley NY | 320000 | |
| 6936 Walker Mill Rd, Capitol Heights, MD 20743 | 210000 | |
| 6805 S. Lewis Ave Tulsa OK | 55842.24906 | |
| 2218 East 59th Street Tulsa OK | 38249.63774 | |
| 29 North Lakewood Avenue Tulsa OK | 18123.44906 | |
| 5537 E. 47th Place Tulsa OK | 28410.38491 | |
| 7902 South Sheridan Road Tulsa OK | 54389.20755 | |
| 7110 South Granite Ave Tulsa OK | 160737.434 | |
| 717 South 101st East Avenue Tulsa OK | 41257.41887 | |
| 4104 S 130th E Avenue Tulsa OK | 470141.7566 | |
| 3119 Camelot Drive, Haines City, FL 33844 | 665950 | |
| 557 S Broad St. Elizabeth, NJ | 385308 | |
| 3220 Swann Rd Suitland MD 20746 | 168405 | |
| 1001 Arion Park Rd Baltimore, MD 21229 | 1786103 | |
| Baccini, D | 100000 | |
| Neustadt, Getzy | 15000 | |
| Blueberry Funding | 18000 | |
| Sruli Wasserman | 32500 | |
| Dan Rubanenko | 5000 | |
| Kirobo (Cyrpto) | 1000000 | |
| Other Crypto | 1000000 | |
| PKT | 500000 | |
| Ethereum | 150000 | |
| Michael Blumenkrantz | 50000 | |
| Wine/Alcohol collection | 91460 | |

| | | |
|---|---|---|
| SEE SHEET 2 | 0 | |
| watches/jewlery | 250000 | |
| Patek Nautilus Rose Gold | SOLD | |
| Rolex Daytona | SOLD | |
| Rolex Platinum | SOLD | |
| Art | | |
| David Kracov (guitar) | 10500 | |
| David Kracov (picasso) | 12500 | |
| Yoel Benarouch (3 paper cut outs) | 11000 | |
| Calman Shanai (musical notes) | 12500 | |
| Ora Nissim (x2) | 15000 | |
| Rivka (Kotel) | 3500 | |
| Jean Pierre Weill (the tenth man) | 15000 | |
| IPO | | |
| Dialyze Direct | 168000 | |
| Dialyze Direct | 200000 | |
| Jorny | 80000 | |
| Triller | 50000 | |
| finance lobby | 106000 | |
| Todays Health | 100000 | |
| Invendiv | 100000 | |
| Potential Avoidance Claims That Assignee May Be Authorized To Commence Under New York Debtor Creditor Law Article 2 | | |
| Knophler, D (Ambient) | 700000 | |
| Grunhut, A | 4493652.5 | |
| Grunhut, Y | 1439948 | |
| Einhorn, Yeedle | 37900 | |
| Fischer, Mendel | 28000 | |
| Greenfeld, N | 80000 | |
| Indig, S | 324500 | |
| Lang, S | 30000 | |

| | | |
|---|---|---|
| Mendlowitz, J | 110000 | |
| Needleman, L | 51250 | |
| Nussbaum, Jeremy | 23000 | |
| Rosenfeld, J | 70000 | |
| Rottenberg, C | 41000 | |
| Rzepkowicz, Y | 40000 | |
| Samet, D | 41500 | |
| Schapira, S | 966322.5 | |
| Stern, S | 270000 | Assignee has signed a settlement agreement with an additional party [NYSCEF Doc. No. 61]. |
| Weinfeld, Y | 277500 | |

26-22383-shl   Doc 24-15   Filed 04/28/26   Entered 04/28/26 19:35:49   Exhibit 13
Affirmation of Mark J. Nussbaum - NYSCEF Doc. No. 64    Pg 14 of 17

| Color | Category | Size | Quantity | Vintage | Wine | Locale | Price Per Bottle | Total |
|---|---|---|---|---|---|---|---|---|
| Red | Dry | 750ml | 1 | 2007 | Alexander Winery / | Israel, Galilee | 300 | 300 |
| Red | Dry | 750ml | 1 | 2011 | B.R. Cohn Caberne | USA, California, Son | 150 | 150 |
| Red | Dry | 750ml | 4 | 2013 | B.R. Cohn Caberne | USA, California, Son | 125 | 500 |
| Red | Dry | 750ml | 2 | 2013 | Baron Herzog Cabe | USA, California, Nor | 185 | 370 |
| Red | Dry | 750ml | 4 | 2018 | Bergevin Lane Cab | USA, Washington, C | 100 | 400 |
| White | Sweet/Dess | 750ml | 1 | 2012 | Binyamina Gewürz | Israel, Galilee, Uppe | 50 | 50 |
| White | Sparkling | 750ml | 4 | 1001 | Bonnet-Ponson Ch | France, Champagne | 75 | 300 |
| White | Dry | 1.5L | 2 | 2016 | Cantina Sanpaolo | Italy, Campania, Gre | 50 | 100 |
| Red | Dry | 750ml | 2 | 2020 | Carmel Limited Ed | Israel, Galilee, Uppe | 100 | 200 |
| Red | Dry | 750ml | 1 | 2000 | Celler de Capçane | Spain, Catalunya, Ta | 200 | 200 |
| Red | Dry | 750ml | 1 | 2001 | Celler de Capçane | Spain, Catalunya, Ta | 200 | 200 |
| Red | Dry | 750ml | 1 | 2003 | Celler de Capçane | Spain, Catalunya, Ta | 200 | 200 |
| Red | Dry | 750ml | 1 | 2004 | Celler de Capçane | Spain, Catalunya, Ta | 200 | 200 |
| Red | Dry | 750ml | 3 | 2015 | Celler de Capçane | Spain, Catalunya, Ta | 150 | 450 |
| Red | Dry | 750ml | 4 | 2014 | Celler de Capçane | Spain, Catalunya, Ta | 150 | 600 |
| Red | Dry | 750ml | 6 | 2019 | Celler de Capçane | Spain, Catalunya, Ta | 90 | 540 |
| Red | Dry | 750ml | 5 | 2018 | Celler de Capçane | Spain, Catalunya, Ta | 100 | 500 |
| Red | Dry | 750ml | 1 | 2020 | Château Bellefont | France, Bordeaux, L | 125 | 125 |
| Rosé | Dry | 1.5L | 1 | 2015 | Château d'Esclans | France, Provence, C | 300 | 300 |
| Red | Dry | 750ml | 3 | 2011 | Château du Courn | France, Bordeaux, M | 125 | 375 |
| Red | Dry | 750ml | 3 | 2015 | Château Fontenil | France, Bordeaux, L | 200 | 600 |
| Red | Dry | 750ml | 4 | 2015 | Château Fourcas I | France, Bordeaux, M | 100 | 400 |
| Red | Dry | 750ml | 5 | 2017 | Château Gazin Roc | France, Bordeaux, G | 185 | 925 |
| Red | Dry | 750ml | 4 | 2014 | Château Giscours | France, Bordeaux, M | 250 | 1000 |
| Red | Dry | 750ml | 5 | 2015 | Château Giscours | France, Bordeaux, M | 240 | 1200 |
| Red | Dry | 750ml | 2 | 2014 | Château Haut Con | France, Bordeaux, M | 250 | 500 |
| White | Sweet/Dess | 750ml | 4 | 2014 | Château La Tour B | France, Bordeaux, S | 75 | 300 |
| Red | Dry | 750ml | 1 | 2014 | Château La Tour C | France, Bordeaux, M | 75 | 75 |
| Red | Dry | 750ml | 1 | 2015 | Château La Tour C | France, Bordeaux, M | 85 | 85 |
| Red | Dry | 750ml | 1 | 2013 | Château La Tour C | France, Bordeaux, M | 90 | 90 |
| Red | Dry | 750ml | 1 | 2013 | Château La Tour C | France, Bordeaux, M | 90 | 90 |
| Red | Dry | 750ml | 4 | 2015 | Château Labégorc | France, Bordeaux, M | 250 | 1000 |
| Red | Dry | 750ml | 3 | 2015 | Château Lafitte | France, Bordeaux, C | 200 | 600 |
| Red | Dry | 750ml | 2 | 2014 | Château Malartic- | France, Bordeaux, G | 300 | 600 |
| Red | Dry | 750ml | 4 | 2015 | Château Marquisa | France, Bordeaux, L | 75 | 300 |
| Red | Dry | 750ml | 4 | 2016 | Château Montviel | France, Bordeaux, L | 195 | 780 |
| Red | Dry | 750ml | 3 | 2014 | Château Peyrat-Fo | France, Bordeaux, M | 90 | 270 |
| White | Sweet/Dess | 750ml | 3 | 2013 | Château Piada Kos | France, Bordeaux, S | 220 | 660 |
| Red | Dry | 750ml | 4 | 2014 | Château Soutard | France, Bordeaux, L | 150 | 600 |
| Red | Dry | 750ml | 5 | 2016 | Château Tour Sain | France, Bordeaux, L | 125 | 625 |
| Red | Dry | 750ml | 3 | 2015 | Château Valandra | France, Bordeaux, L | 185 | 555 |
| Red | Dry | 750ml | 3 | 2015 | Château Yon-Figea | France, Bordeaux, L | 120 | 360 |
| Red | Dry | 750ml | 2 | 2012 | Covenant Caberne | USA, California, Nap | 275 | 550 |
| Red | Dry | 750ml | 9 | 2014 | Covenant Israel | Israel, Galilee, Gola | 75 | 675 |
| Red | Dry | 750ml | 1 | 2008 | Dalton Matatia | Israel, Galilee, Uppe | 300 | 300 |
| Rosé | Sparkling | 750ml | 5 | NV | Drappier Champag | France, Champagne | 150 | 750 |
| White | Dry | 750ml | 3 | 2013 | Eccelenza Kosher | Italy, Umbria | 100 | 300 |
| Red | Dry | 750ml | 6 | 2018 | Famiglia Cotarella | Italy, Latium, Lazio | 150 | 900 |
| Red | Dry | 750ml | 6 | 2018 | Famiglia Cotarella | Italy, Umbria | 150 | 900 |
| Red | Dry | 750ml | 3 | 2010 | Flam Cabernet Sai | Israel, Galilee, Uppe | 125 | 375 |
| Red | Dry | 750ml | 1 | 2014 | Flam Cabernet Sai | Israel, Galilee, Uppe | 100 | 100 |
| Red | Dry | 750ml | 3 | 2010 | Flam Noble Upper | Israel, Upper Galilee | 180 | 540 |
| Red | Dry | 1.5L | 1 | 2011 | Flam Noble Upper | Israel, Upper Galilee | 400 | 400 |
| Red | Dry | 750ml | 1 | 2011 | Flam Noble Upper | Israel, Upper Galilee | 175 | 175 |
| Red | Dry | 750ml | 1 | 2018 | Flam Noble Upper | Israel, Upper Galilee | 100 | 100 |
| Red | Dry | 750ml | 1 | 2011 | Flam Syrah Reserv | Israel, Galilee | 200 | 200 |

26-22383-shl   Doc 24-15   Filed 04/28/26   Entered 04/28/26 19:35:49   Exhibit 13
Affirmation of Mark J. Nussbaum - NYSCEF Doc. No. 64     Pg 15 of 17

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Red | Dry | 750ml | 3 | 2015 | Four Gates Zinfanc | USA, California, Cer | 100 | 300 |
| Red | Dry | 750ml | 1 | 1997 | Gan Eden Caberne | USA, California, Son | 75 | 75 |
| Red | Dry | 750ml | 1 | 2008 | Golan Heights Win | Israel, Galilee | 150 | 150 |
| Red | Dry | 750ml | 1 | 2010 | Golan Heights Win | Israel, Galilee | 130 | 130 |
| Red | Dry | 750ml | 2 | 2011 | Golan Heights Win | Israel, Galilee | 120 | 240 |
| Red | Dry | 750ml | 1 | 2012 | Golan Heights Win | Israel, Galilee | 110 | 110 |
| Red | Dry | 750ml | 1 | 2013 | Golan Heights Win | Israel, Galilee | 100 | 100 |
| Red | Dry | 750ml | 1 | 2016 | Golan Heights Win | Israel, Galilee | 80 | 80 |
| Red | Dry | 750ml | 1 | 2020 | Golan Heights Win | Israel, Galilee, Gola | 200 | 200 |
| Red | Dry | 750ml | 1 | 2016 | Golan Heights Win | Israel, Galilee, Gola | 60 | 60 |
| Red | Dry | 750ml | 1 | 2008 | Golan Heights Win | Israel, Galilee, Gola | 500 | 500 |
| Red | Dry | 750ml | 2 | 2011 | Golan Heights Win | Israel, Galilee, Gola | 350 | 700 |
| Red | Dry | 750ml | 4 | 2012 | Golan Heights Win | Israel, Galilee, Gola | 325 | 1300 |
| Red | Dry | 750ml | 4 | 2013 | Golan Heights Win | Israel, Galilee, Gola | 400 | 1600 |
| Red | Dry | 750ml | 1 | 2018 | Golan Heights Win | Israel, Galilee, Gola | 250 | 250 |
| Red | Dry | 750ml | 2 | 2008 | Golan Heights Win | Israel, Galilee, Gola | 450 | 900 |
| Red | Dry | 750ml | 1 | 2012 | Golan Heights Win | Israel, Galilee, Gola | 300 | 300 |
| Red | Dry | 750ml | 1 | 2013 | Golan Heights Win | Israel, Galilee, Gola | 275 | 275 |
| Red | Dry | 750ml | 2 | 2012 | Hajdu Grenache E | USA, California, Nor | 150 | 300 |
| Red | Dry | 1.5L | 2 | 2013 | Hajdu Grenache E | USA, California, Nor | 300 | 600 |
| Red | Dry | 750ml | 3 | 2013 | Hajdu Grenache E | USA, California, Nor | 140 | 420 |
| Red | Dry | 750ml | 2 | 2014 | Hajdu Grenache E | USA, California, Nor | 135 | 270 |
| Red | Dry | 750ml | 3 | 2015 | Hajdu Laughing Be | USA, California, Nap | 100 | 300 |
| Red | Dry | 750ml | 2 | 2014 | Hajdu Nebbiolo | USA, California, Son | 100 | 200 |
| Red | Dry | 750ml | 4 | 2012 | Hajdu Petite Sirah | USA, California, Nor | 150 | 600 |
| Red | Dry | 1.5L | 1 | 2013 | Hajdu Petite Sirah | USA, California, Nor | 300 | 300 |
| Red | Dry | 750ml | 2 | 2013 | Hajdu Petite Sirah | USA, California, Nor | 135 | 270 |
| Red | Dry | 750ml | 7 | 2016 | Hajdu Pinot Noir | USA, California, Son | 100 | 700 |
| Red | Dry | 1.5L | 1 | 2017 | Hajdu Pinot Noir E | USA, California, Nor | 190 | 190 |
| Red | Dry | 750ml | 1 | 2017 | Hajdu Pinot Noir E | USA, California, Nor | 85 | 85 |
| Red | Dry | 1.5L | 1 | 2018 | Hajdu Pinot Noir E | USA, California, Nor | 190 | 190 |
| Red | Dry | 750ml | 6 | 2018 | Hajdu Pinot Noir E | USA, California, Nor | 75 | 450 |
| Red | Dry | 750ml | 4 | 2019 | Hajdu Pinot Noir E | USA, California, Nor | 65 | 260 |
| Red | Dry | 1.5L | 1 | 2020 | Hajdu Pinot Noir E | USA, California, Son | 150 | 150 |
| Red | Dry | 750ml | 6 | 2020 | Hajdu Pinot Noir E | USA, California, Son | 50 | 300 |
| Red | Dry | 750ml | 2 | 2012 | Hajdu Proprietary | USA, California | 350 | 700 |
| Red | Dry | 750ml | 5 | 2013 | Hajdu Proprietary | USA, California | 325 | 1625 |
| Red | Dry | 750ml | 1 | 2014 | Hajdu Proprietary | USA, California, Nap | 300 | 300 |
| Red | Dry | 750ml | 5 | 2013 | Hajdu Proprietary | USA, California | 275 | 1375 |
| Red | Dry | 750ml | 1 | 2011 | Hajdu Syrah | USA, California | 250 | 250 |
| Red | Dry | 750ml | 1 | 2012 | Hajdu Syrah | USA, California, Nor | 200 | 200 |
| Red | Dry | 750ml | 2 | 2013 | Hajdu Syrah | USA, California, Nor | 175 | 350 |
| Red | Dry | 750ml | 1 | 2014 | Hajdu Syrah Hart E | USA, California, Nap | 120 | 120 |
| Red | Dry | 750ml | 1 | 2010 | Herzog Cabernet S | USA, California, Nap | 200 | 200 |
| Red | Dry | 750ml | 3 | 2011 | Herzog Cabernet S | USA, California, Nap | 175 | 525 |
| Red | Dry | 750ml | 1 | 2009 | Herzog Cabernet S | USA, California, Nap | 225 | 225 |
| Red | Dry | 750ml | 1 | 2019 | Herzog Cabernet S | USA, California, Nap | 125 | 125 |
| Red | Dry | 750ml | 2 | 2012 | Herzog Cabernet S | USA, California, Son | 450 | 900 |
| Red | Dry | 750ml | 2 | 2014 | Herzog Cabernet S | USA, California, Son | 200 | 400 |
| Red | Dry | 750ml | 2 | 2021 | Herzog Cabernet S | USA, California, Son | 85 | 170 |
| Red | Dry | 750ml | 2 | 2021 | Herzog Cabernet S | USA, California, Nap | 95 | 190 |
| Red | Dry | 750ml | 10 | 2021 | Herzog Cabernet S | USA, California, Nor | 40 | 400 |
| Red | Dry | 750ml | 2 | 2015 | La Demoiselle D'H | France, Bordeaux, N | 100 | 200 |
| Red | Dry | 750ml | 6 | 2018 | Les Vins de Vienne | France, Rhône, Nort | 75 | 450 |
| Red | Dry | 750ml | 3 | 2016 | Makom B'Mesorah | Spain, Catalunya, Ta | 150 | 450 |
| Red | Dry | 750ml | 3 | 2017 | Makom B'Mesorah | Spain, Catalunya, Ta | 145 | 435 |
| Red | Dry | 750ml | 3 | 2018 | Makom B'Mesorah | Spain, Catalunya, Ta | 140 | 420 |
| Red | Dry | 750ml | 3 | 2016 | Makom B'Picosa N | Spain, Catalunya, Ta | 150 | 450 |

26-22383-shl   Doc 24-15   Filed 04/28/26   Entered 04/28/26 19:35:49   Exhibit 13
Affirmation of Mark J. Nussbaum - NYSCEF Doc. No. 64     Pg 16 of 17

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Red | Dry | 750ml | 2 | | 2017 | Makom B'Picosa N | Spain, Catalunya, Ta | 145 | 290 |
| Red | Dry | 750ml | 3 | | 2012 | Makom Carignan | USA, California, Nor | 100 | 300 |
| Red | Dry | 750ml | 1 | | 2012 | Matar (by Pelter) C | Israel | 100 | 100 |
| Rosé | Dry | 750ml | 1 | | 2018 | Matar (by Pelter) R | Israel, Galilee | 10 | 10 |
| Red | Dry | 750ml | 4 | | 2016 | Mia Luce CSM (Ca | Israel, Judean Hills | 100 | 400 |
| Red | Dry | 1.5L | 1 | | 2017 | Mia Luce CSM (Ca | Israel, Judean Hills | 200 | 200 |
| Red | Dry | 750ml | 8 | | 2017 | Mia Luce CSM (Ca | Israel, Judean Hills | 90 | 720 |
| Red | Dry | 750ml | 4 | | 2018 | Mia Luce CSM (Ca | Israel, Judean Hills | 80 | 320 |
| Red | Dry | 1.5L | 1 | | 2018 | Mia Luce Marselar | Israel, Judean Hills | 200 | 200 |
| Red | Dry | 1.5L | 1 | | 2017 | Mia Luce Syrah Sy | Israel, Judean Hills | 215 | 215 |
| Red | Dry | 750ml | 8 | | 2017 | Mia Luce Syrah Sy | Israel, Judean Hills | 95 | 760 |
| Red | Dry | 1.5L | 1 | | 2018 | Mia Luce Syrah Sy | Israel, Judean Hills | 190 | 190 |
| Red | Dry | 750ml | 5 | | 2018 | Mia Luce Syrah Sy | Israel, Judean Hills | 85 | 425 |
| Red | Dry | 750ml | 10 | | 2016 | Mia Luce Syrah Sy | Israel, Judean Hills | 100 | 1000 |
| Red | Dry | 750ml | 1 | | 2011 | Odem Mountain W | Israel, Galilee | 100 | 100 |
| Red | Dry | 750ml | 1 | | 2014 | Shirah Geshem (G | USA, California, Cer | 100 | 100 |
| Red | Dry | 750ml | 1 | | 2014 | Shirah Grenache | USA, California, Cer | 100 | 100 |
| Red | Dry | 750ml | 2 | | 2013 | Shirah Mourvèdre | USA, California, Cer | 125 | 250 |
| Red | Dry | 750ml | 1 | | 2013 | Shirah Pinot Noir J | USA, California, Cer | 100 | 100 |
| Red | Dry | 750ml | 3 | | 2012 | Shirah Syrah Powe | USA, California | 200 | 600 |
| Red | Dry | 750ml | 3 | | 2013 | Shirah Syrah Powe | USA, California | 175 | 525 |
| Red | Dry | 750ml | 2 | | 2014 | Shirah Syrah Powe | USA, California | 150 | 300 |
| Red | Dry | 750ml | 2 | | 2013 | Shirah Syrah Sawy | USA, California, Cer | 175 | 350 |
| Red | Dry | 750ml | 2 | | 2012 | Shirah Syrah White | USA, California, Cer | 200 | 400 |
| Red | Dry | 750ml | 2 | | 2020 | Tabernacle Winery | Israel, Galilee | 50 | 100 |
| Red | Dry | 750ml | 5 | | 2017 | Tassi Rosso di Mor | Italy, Tuscany, Mont | 225 | 1125 |
| Red | Dry | 1.5L | 1 | | 2017 | The Cave Old Vine | Israel, Galilee | 500 | 500 |
| Red | Dry | 750ml | 2 | | 2018 | The Cave Old Vine | Israel, Galilee | 225 | 450 |
| Red | Dry | 750ml | 1 | | 2008 | Yatir Yatir Forest | Israel, Judean Hills | 350 | 350 |
| Red | Dry | 750ml | 1 | | 2014 | Yatir Yatir Forest | Israel, Judean Hills | 250 | 250 |
| Red | Dry | 750ml | 1 | | 2019 | Yatir Yatir Forest | Israel, Judean Hills | 125 | 125 |
| | Bourbon | Van Winkle (Poppi) | 1 | 12 | | | | 1500 | 1500 |
| | Bourbon | Hirsch | 1 | 16 | | | | 2500 | 2500 |
| | Scotch | Glenmorangie | 1 | 1990 | | | | 500 | 500 |
| | Scotch | Macallan | 1 | 30 | | | | 8500 | 8500 |
| | Scotch | Macallan | 1 | rare cask | | | | 1000 | 1000 |
| | Scotch | Kavalan | 1 | fino | | | | 500 | 500 |
| | Scotch | Kavalan | 1 | cask | | | | 500 | 500 |
| | Scotch | Glenmorangie | 1 | signet | | | | 350 | 350 |
| | Bourbon | Four Roses | 1 | single batch | | | | 1000 | 1000 |
| | Bourbon | Rhetoric | 1 | 20 | | | | 1000 | 1000 |
| | Scotch | Glenrothes | 1 | 1995 | | | | 2250 | 2250 |
| | Scotch | Bruchladdich | 1 | 27 | | | | 3000 | 3000 |
| | Scotch | Macallan | 1 | Oscuro | | | | 3000 | 3000 |
| | Tequila | Don Julio | 1 | Utima Reserva | | | | 1000 | 1000 |
| | Scotch | Macallan | 2 | Harmony - smooth Arabica | | | | 500 | 1000 |
| | Scotch | Macallan | 2 | 18 | | | | 500 | 1000 |
| | Scotch | Macallan | 1 | Harmony - rich cacao | | | | 350 | 350 |
| | Scotch | Glendronach | 1 | 21 | | | | 1000 | 1000 |
| | Scotch | Mortlach | 1 | 18 | | | | 300 | 300 |
| | Scotch | Macallan | 1 | David Carson | | | | 300 | 300 |
| | Scotch | Macallan | 1 | edition 2 | | | | 650 | 650 |
| | Scotch | Macallan | 1 | edition 3 | | | | 500 | 500 |
| | Scotch | Macallan | 1 | edition 6 | | | | 400 | 400 |
| | Bourbon | Barterhouse | 1 | 20 | | | | 1000 | 1000 |
| | Rye | Peerless | 1 | 24 | | | | 250 | 250 |

26-22383-shl    Doc 24-15    Filed 04/28/26    Entered 04/28/26 19:35:49    Exhibit 13
Affirmation of Mark J. Nussbaum - NYSCEF Doc. No. 64    Pg 17 of 17

91460