Jonathan L. Flaxer, Esq.
Michael S. Weinstein, Esq.
SPENCER FANE LLP
711 Third Avenue
New York, New York 10017
(212) 907-7300

*Proposed Counsel for the Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NUSSBAUM LOWINGER LLP, *et ano.*, | : | Case No. 26-22383 |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------------------------X

### NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER EXTENDING TIME FOR DEBTORS TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

**PLEASE TAKE NOTICE** that on April 29, 2026, the above-captioned debtors and debtors in possession (the "**Debtors**") filed *Debtors' Motion for Entry of an Order Extending Time for Debtor to File Schedules and Statement of Financial Affairs* (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "**Hearing**") has been scheduled for **May 14, 2026 at 10:00 a.m. (ET)**, before the Honorable Sean H. Lane, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York (the "**Court**"), to consider the relief requested in the Motion.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "**Objections**") to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Bankruptcy Court electronically, and served on the Debtor and the Notice Parties (as defined in the Motion), so as to be received no later than **May 7, 2026 at 5:00 p.m. (ET)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that all objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with respect to the Motion, the Debtor may, on or after the Objection Deadline, submit to the Court an order substantially in the form of the proposed order annexed to the Motion, which order may then be entered by the Court with no further notice or opportunity to be heard.

Dated: New York, New York  
      April 29, 2026

Respectfully submitted,

*/s/ Jonathan L. Flaxer*  
Jonathan L. Flaxer  
New York Bar No. 362930  
Michael S. Weinstein  
New York Bar No. 4741419  
**SPENCER FANE LLP**  
711 Third Avenue  
New York, New York 10017  
(212) 907-7300  
Email: jflaxer@spencerfane.com  
      mweinstein@spencerfane.com

*Proposed Counsel for the Debtors*