# EXHIBIT A

## JOINDER TO ASSIGNMENT FOR THE BENEFIT OF CREDITORS

This Joinder ("Joinder Agreement") to General Assignment for the Benefit of Creditors of Nussbaum Lowinger LLP and Mark J. Nussbaum and Associates PLLC ("ABC Agreement"), dated August 20, 2025, is by and between Sheldon Eisenberger (or an entity to be formed by him) ("Assignee"); Nussbaum Lowinger LLP and Mark J Nussbaum and Associates PLLC (collectively, "Assignor"); and the undersigned creditor of the Assignor ("Creditor"). Capitalized terms not defined herein shall have the same meaning as in the ABC Agreement.

### RECITALS

WHEREAS, Creditor represents and warrants that he or it is a creditor of the Assignor; and

WHEREAS, because the Assignor is dedicated to voluntarily maximizing the monetary recoveries for Assignor's creditors, and for the sole purpose of assisting the achievement of that goal, the Assignor has transferred its and his claims, causes, and property to Assignee for the benefit of the Creditors so that the property so transferred may be expeditiously liquidated and the proceeds thereof be fairly distributed to and amongst the Creditors, for the benefit of the Creditors; and

WHEREAS, Creditor has received a copy of the ABC Agreement, has had sufficient opportunity to review the ABC Agreement and consult legal counsel to answer any questions pertaining to the ABC Agreement, and intends to be bound in all respects by and with the ABC Agreement.

### AGREEMENT

NOW, THEREFORE, in consideration of the promises and mutual covenants set forth herein and in the ABC Agreement, and for other good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, the parties to this Joinder Agreement hereby agree as follows:

1. By executing this Joinder Agreement, Creditor (including Creditor's entities, affiliates, subsidiaries, and agents that might otherwise be entitled to assert a claim against the Assignor for any reason) agrees that Creditor shall, by execution of this Joinder Agreement and without any further notice or action of any kind, become a party to the ABC Agreement and thereby be irrevocably bound by its provisions to the same extent as if Creditor had been a direct signatory thereto. Creditor represents and warrants that he/it has not assigned to any third party any claim or cause that he/it might have as against Assignor. Creditor shall support and cooperate with the process that flows from the ABC, including submitting to Assignee reasonable evidence that supports its claim and allowing the Assignee to audit any such claim; provided however that nothing herein shall require Creditor to incur any costs of the ABC proceedings. Creditor agrees to provide to the Assignee or the Assignee's representative any evidence of any repayment by the Assignor to Creditor. Creditor hereby consents for the Assignee to join Creditor as a claimant/plaintiff in any civil action and/or beth din arbitration proceeding that Assignee may bring against any party that may owe monies or damages to the ABC estate.[1]

---

[1] Nothing herein shall prevent or prohibit Creditor from proceeding with its appeal pending in the Second Department, Kings County, or filing any other actions in any court provided such action(s) that are not subject to the ABC.

2. Other than agreements between the Assignor and the Creditor (or any creditor of the Assignor) that would provide the Assignee with a source of recovery for the benefit of the ABC estate, this Joinder Agreement and the ABC Agreement constitute the entire agreement between the parties with respect to the subject matter contained herein and supersede any and all prior agreements and understandings between them with respect to such subject matter. This Joinder Agreement may not be modified, amended, altered, or supplemented except in writing signed by all parties hereto. In the event the Assignment is terminated for any reason, this Joinder Agreement shall likewise be terminated.

3. This Joinder Agreement shall be binding upon and inure to the benefit of the parties hereto. No party hereto may assign this Joinder Agreement or any of his or its rights, interests, or obligations hereunder without the consent of the other party hereto.

4. The parties agree that if any provision of this Joinder Agreement shall be deemed invalid or inoperative, this Joinder Agreement shall be construed with the invalid or inoperative provision deleted, and the rights and obligations of the parties shall be enforced accordingly.

5. This Joinder Agreement may be executed in counterparts, all of which shall be considered one and the same agreement. A facsimile, .pdf, or other electronic signature of this Joinder Agreement shall be as effective as an original.

[Signatures follow]

IN WITNESS WHEREOF, the undersigned have caused this Joinder Agreement to be effective as of the date first written above.

**CREDITOR:**

CRESTVIEW 360 HOLDINGS, LLC

Name: _Jacob Sod_
Address: 58 Larch Hill Rd.
         Lawrence, NY 11559
Email: jacob@milrosecap.com
Date: _August 20, 2025

**ACCEPTED:**

ASSIGNEE

ABCMN, LLC

By: _____
    Sheldon Eisenberger,
    as sole member of Assignee